**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**KEY WEST DIVISION**

CASE NO.: 20-cv-10090-JLK

MILVIA I. VIVERO,
    Plaintiff,
v.
PINECREST BAKERY LLC,
EFRAIN VALDES JR., individually,
and JOEL RODRIGUEZ, individually,
    Defendants,
_____/

**ORDER GRANTING JOINT MOTION TO**
**APPROVE THE PARTIES' SETTLEMENT AGREEMENT**

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing the Case with Prejudice, and the Court having reviewed the motion and the file in this cause, having noted the agreement of the parties and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the parties' settlement is hereby **APPROVED**. It is further ordered that this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the parties' settlement, should such enforcement become necessary.

**DONE AND ORDERED** in Miami, Florida, this 12th day of November, 2020.

                                                    _____
                                                    JAMES LAWRENCE KING
                                                    UNITED STATES DISTRICT JUDGE